# GOTLIB LAW

December 13, 2022

**Via ECF & Email**

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(Email: CottNYSDChambers@nysd.uscourts.gov)

        Re:    <u>United States v. Gumucio, et al. (Haven Soliman),</u> 22 MAG 6904

Dear Judge Cott:

I represent Haven Soliman in the above-captioned matter pursuant to the Criminal Justice Act ("CJA"). I write to respectfully request that the Court approve the appointment of Carla Sanderson as CJA co-counsel to assist in my representation of Ms. Soliman.

I am scheduled to begin a trial in the Eastern District of New York before the Honorable Brian M. Cogan on January 17, 2023, which is anticipated to last two months. While on trial I will not be able to dedicate the attention to this matter that I normally do. Additionally, if there is a court date scheduled in this matter it is unlikely I will be available to attend while on trial. Ms. Sanderson has been a Panel Attorney in this District since 2020. A copy of Ms. Sanderson's resume is attached hereto. Ms. Sanderson is available to assist in representing Ms. Soliman. Ms. Soliman consents to the appointment of Ms. Sanderson as CJA co-counsel to assist in her representation.

Accordingly, I respectfully request that the Court appoint Carla Sanderson as CJA co-counsel for Haven Soliman in the above-captioned matter.

Respectfully submitted,

   /s/

Valerie A. Gotlib

cc:    Arraignment Clerks (*via* Email)
        Michael Neff, Assistant U.S. Attorney (*via* Email)
        Carla Sanderson (*via* Email)

Application granted.
**SO ORDERED.**

Dated: December 13, 2022
New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

# CARLA SANDERSON LAW

260 Madison Avenue, Flr. 22
New York, NY 10016
Ph. (646) 499-3818 ♦ carla@carlasandersonlaw.com

## EXPERIENCE

**Carla Sanderson Law**, New York, NY                                               1/2016-present
*Founder.* Criminal defense and civil litigation practice. Represent clients at all stages of criminal proceedings in state and federal courts including grand jury investigations, arraignments, motion practice, hearings, trials, sentencing, appeal and post-conviction petitions. Civil litigation practice includes employment discrimination, civil rights, immigration and asylum claims. Provide legal services for a high proportion of indigent, LGBTQ+, non-citizen, and HIV+ clients.

**Rubinstein & Corozzo, LLP,** New York, NY                                          8/2011-12/2015
*Associate*. Represented clients in criminal and civil matters, including sexual harassment and employment cases. Drafted complaints and legal briefs, motions to dismiss and suppress, Title III and *in limine* motions, double jeopardy motions, legal briefs, and sentencing memoranda. Gained trial experience in federal and state courts.

**Hon. Francis Schultz, Superior Court Judge,** Jersey City, NJ                     9/2010-8/2011
*Law Clerk.* Conducted legal research and drafted memoranda advising Judge Schultz of legal precedents; prepared case status reports; mediated and settled cases using Spanish language skills.

**Metropolitan Transportation Authority,** New York, NY                              6/2009-8/2009
*Legal Intern.* Assessed MTA's exposure to liability under federal and state environmental law; drafted memoranda, answers, and responses to motions; reviewed depositions and real estate license agreements; researched ERISA fiduciary duty requirements.

**Hon. Patty Shwartz, U.S. Magistrate Judge,** Newark, NJ                            1/2009-5/2009
*Legal Intern*. Performed legal research and drafted memoranda to assist Judge Shwartz in the determination of matters before the Court.

## EDUCATION

**Brooklyn Law School,** J.D., June 2010, *GPA 3.48*, Brooklyn Law Review, *Notes & Comments Editor*
Environmental Law Society, *President*; International Law Society, *Newsletter Author*

**The State University of New York at Buffalo,** B.A., June 2006, *Magna Cum Laude*
Majors:  Spanish, Social Sciences Interdisciplinary Studies; Minor: Business Management

## BAR ADMISSIONS
NY, NJ, SDNY, EDNY, DNJ, Second Circuit Court of Appeals, Supreme Court of the United States

## LANGUAGE SKILLS
Spanish

## AFFILIATIONS
Criminal Justice Act ("CJA") Panel Member, Southern & Eastern Districts of New York
Federal Bar Council: Inn of Court and Committee on Sentencing and Alternatives to Incarceration
The New York Criminal Bar Association Board Member
The LGBT Bar Association of New York