# GOTLIB LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___03/23/2023___

March 23, 2023

*Via* ECF & Email

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007
(Email: netburn_NYSDChambers@nysd.uscourts.gov)

Re:   *United States v. Gumucio, et al. (Haven Soliman),* 22 MAG 6904 (SN)

Dear Judge Netburn:

Carla Sanderson and I represent Haven Soliman in the above captioned case. I write, with the consent of the government and the U.S. Pretrial Services Office ("Pretrial"), to respectfully request that the terms of Ms. Soliman's bond be temporarily modified to permit her to travel to the District of Colorado, and points in between for travel, from March 26 through April 1, 2023.

Ms. Soliman was arrested on August 31, 2022 on a criminal complaint alleging criminal tax violations. Ms. Soliman was released on bond, on consent of the government, that same day. Ms. Soliman's conditions of release include, among others, her travel restricted to the Southern and Eastern Districts of New York, the Western District of Washington, the District of Oregon and points in between for travel to and from the permitted districts. Ms. Soliman has complied with all the conditions of her pretrial release to date.

The requested temporary travel modification would allow Ms. Soliman to attend a company onsite for a new job located in Colorado. While the position is primarily remote, they have asked her to attend a company onsite at the office in Colorado during the requested dates. I have provided information regarding the details of Ms. Soliman's travel to the government and Pretrial. The government (by Assistant U.S. Attorney Michael Neff) consents to this request as does Pretrial Officer Chandra Wageman.

Accordingly, we respectfully request that the Court modify the terms of Ms. Soliman's pretrial release to permit her to travel to the District of Colorado and points in between for travel from March 26 through April 1, 2023. I thank the Court for its consideration.

Respectfully submitted,

/s/

Valerie A. Gotlib

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: March 23, 2023
       New York, New York